### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **UNNITED STATES OF AMERICA f/u/b/o** <br> **TIP TOP CONSTRUCTION CORP.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CMGC BUILDING CORP. and ENDURANCE AMERICAN INSURANCE COMPANY,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) **Case No. 1:17-cv-0026** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### TRIAL MANAGEMENT ORDER

**UPON CONSIDERATION** of the jury trial to be held in this matter, it is hereby

**ORDERED** that the parties shall adhere to the following schedule:

1. The deadline to propound discovery and to file any potentially dispositive motions has expired.

2. The parties shall be entitled to file one motion in *limine* to address pretrial evidentiary matters if they so choose. Any and all motions *in limine* shall be filed no later than **December 8, 2023,** with responses due on **December 22, 2023.** Reply briefs shall be filed no later than **December 29, 2023.** Any and all motions *in limine* shall be limited to twenty (20) pages.

3. The parties shall, **no later than January 11, 2024,** submit a proposed Joint Final Pretrial Order in accordance with Local Rules of Civil Procedure 16.1(b) which shall comply substantially with Appendix I to Rule 16.1**.**

4. The parties shall, **no later than January 11, 2024,** file their respective Trial Briefs in accordance with Local Rules of Civil Procedure 16.1(c). The Trial Brief shall include citations, authorities and arguments in support of the party's position on all disputed issues of law.

5. A final telephonic pre-trial telephonic conference shall be held on **Thursday, January 18, 2024, at 2:00 p.m.** The parties shall be prepared to address all outstanding issues at the pre-trial conference. Call-in information will be provided to the parties at a later time.

6. **Jury Selection and Trial** shall commence on **Monday, February 5, 2024, at 9:30 a.m. in St. Croix Courtroom No. 2.**

*Tip Top Constr. Corp. v. CMGC Bldg. Corp.*
Case No. 1:17-cv-0026
Trial Management Order
Page **2** of **2**

7. The parties are to assume that the deadlines contained in this Order will be strictly enforced and any extensions, changes, and/or modifications of any dates herein shall be made only for good cause and only with the Court's consent pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that a party's failure to proceed as ordered may result in the Court imposing appropriate sanctions.


**Dated:** September 19, 2023                            */s/ Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**