# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o TIP TOP CONSTRUCTION CORP., | ) ) ) ) |
| Plaintiff, | ) Civil No. 2017-26 |
| vs. | ) ) ) |
| CMGC BUILDING CORP. and ENDURANCE AMERICAN INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER SCHEDULING MEDIATION CONFERENCE

This matter has been set for a mediation conference before the Honorable Ruth Miller on **December 6, 2023 at 9:00 a.m.**, in the Magistrate Judge's Conference Room at the U.S. District Courthouse in St. Croix. Please see the attached request for confidential position papers to be submitted to Magistrate Judge Miller by **5:00 p.m. on December 1, 2023**.

**DATED**: October 26, 2023         S_____
                                                         **RUTH MILLER**
                                                         United States Magistrate Judge