# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o TIP TOP CONSTRUCTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> CMGC BUILDING CORP. and ENDURANCE AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case 1:17-cv-00026 |

## DEFENDANT'S NOTICE OF SERVICE

COMES NOW Defendant CMGC Building Corp. and Endurance American Insurance Company ("Defendants"), by and through their undersigned counsel, and hereby gives notice to the Court that Defendants served Plaintiff with a Notice of Production of documents on this date.

        **Beckstedt & Kuczynski LLP**
        Attorneys for CMGC Building Corp. and Endurance
        American Insurance Company
        2162 Church Street
        Christiansted, VI 00820
        Telephone: (340) 719-8086
        Fax: (800) 886-6831

Dated: December 5, 2023        By: s/ Carl A. Beckstedt III
                                                  Carl A. Beckstedt III, Esq.
                                                  VI Bar No. 684
                                                  carl@beckstedtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users.

                                                  s/ Carl A. Beckstedt III
                                                  Carl A. Beckstedt III, Esq.