IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o TIP TOP CONSTRUCTION CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 2017-26 |
| vs. | ) ) ) | |
| CMGC BUILDING CORP. and ENDURANCE AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

This matter is before the Court on the parties' report that settlement negotiations are ongoing, and they request an extension of seven days in which to file any motions *in limine*.

The premises considered, it is ORDERED:

(1) The deadline for filing motions *in limine* is extended to December 15, 2023.

(2) All other pretrial filing deadlines shall remain in place.

**DATED**: December 8, 2023

EMILE A. HENDERSON III
United States Magistrate Judge