IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA F/U/B/O TIP TOP CONSTRUCTION CORP.<br><br>PLAINTIFF,<br><br>V.<br><br>CMGC BUILDING CORP. AND ENDURANCE AMERICAN INSURANCE COMPANY,<br><br>DEFENDANTS. | CASE NO. 1:17-CV-00026 |

NOTICE OF SETTLEMENT

Tip Top Construction Corp. gives notice that the parties have amicably resolved their differences and anticipate filing a stipulation voluntarily dismissing the case within the next 30 days.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Tip Top Construction Corp.

Dated: December 29, 2023

　　　/s/ Andrew C. Simpson
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com