**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o TIP TOP CONSTRUCTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> CMGC BUILDING CORP. and ENDURANCE AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Case 1:17-CV-00026 |

**JOINT MOTION TO DIMISS WITH PREJUDICE**

WHEREAS Plaintiff / Counter Defendant United States of America f/u/b/o Tip Top Construction Corp. and Defendant/Counterclaimant CMGC Building Corp. and Defendant Endurance American Insurance Company (collectively the "Parties") have fully and finally resolved the claims and disputes between Tip Top Construction Corp. on the one hand and CMGC Building Corp. and Endurance American Insurance Company on the other:

NOW, THEREFORE, the Parties, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate, agree and move the Court to: (1) dismiss all Plaintiff's claims against Defendants in their entirety and with prejudice.; (2) dismiss all Defendant/Counterclaimant's counterclaims against Plaintiff/Counter Defendant in their entirety and with prejudice; (3) Tip Top Construction Corp. will pay for its own costs, expenses and attorneys' fees which were incurred by Tip Top Construction Corp. in prosecuting or defending this matter and reaching settlement without seeking any reimbursement from CMGC Building Corp. and Endurance American Insurance Company; and, (4) Tip Top Construction Corp. will not be responsible for the costs, expenses and attorneys' fees which were incurred by CMGC Building Corp. and Endurance American Insurance Company in prosecuting or defending this matter and reaching settlement.

A proposed order is attached for the Court's convenience.

                              Respectfully submitted,

**Beckstedt & Kuczynski LLP**
Attorneys for CMGC Building Corp. and Endurance American Insurance Company
2162 Church Street
Christiansted, VI 00820
Telephone: (340) 719-8086
Fax: (800) 886-6831

Dated: January 17, 2024   By: s/ Carl A. Beckstedt III
Carl A. Beckstedt III, Esq.
VI Bar No. 684
carl@beckstedtlaw.com

*and*

**Andrew C. Simpson, P.C.**
Attorneys for Tip Top Construction Corp.
2191 Church Street, Suite 5
Christiansted, VI 00820
Telephone: (340) 719-3900

Dated: January 17, 2024   By: s/ Andrew C. Simpson
Andrew C. Simpson, Esq.
VI Bar No. 451
asimpson@coralbrief.com